# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re:                                          Case No. 13-10638

     Willie E Phelps Jr
     Keanya D Phelps
          Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 03/18/2013.

2) The plan was confirmed on 06/10/2013.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 03/10/2015, 06/07/2016.

4) The trustee filed action to remedy default by the debtor in performance under the plan on  NA .

5) The case was dismissed on 08/29/2016.

6) Number of months from filing to last payment: 38.

7) Number of months case was pending: 43.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted:  NA .

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

## Receipts:

|  |  |  |
|---|---|---|
| Total paid by or on behalf of the debtor | $14,345.13 | |
| Less amount refunded to debtor | $0.00 | |
| **NET RECEIPTS:** | | **$14,345.13** |

## Expenses of Administration:

|  |  |  |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $3,500.00 | |
| Court Costs | $0.00 | |
| Trustee Expenses & Compensation | $583.50 | |
| Other | $11.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION:** | | **$4,094.50** |

Attorney fees paid and disclosed by debtor:          $350.00

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ABC Credit & Recovery | Unsecured | 825.77 | NA | NA | 0.00 | 0.00 |
| Afni, Inc. | Unsecured | 345.21 | NA | NA | 0.00 | 0.00 |
| Afni, Inc. | Unsecured | 345.00 | NA | NA | 0.00 | 0.00 |
| Allied Interstate | Unsecured | 576.81 | NA | NA | 0.00 | 0.00 |
| ARMOR SYSTEMS CORP | Unsecured | 2,640.00 | NA | NA | 0.00 | 0.00 |
| ARNOLD SCOTT HARRIS | Unsecured | 567.00 | NA | NA | 0.00 | 0.00 |
| ARNOLD SCOTT HARRIS | Unsecured | 3,119.84 | NA | NA | 0.00 | 0.00 |
| Aspire Visa | Unsecured | 568.83 | NA | NA | 0.00 | 0.00 |
| ASSET ACCEPTANCE LLC | Unsecured | 4,502.00 | 4,555.95 | 4,555.95 | 0.00 | 0.00 |
| ASSET ACCEPTANCE LLC | Unsecured | NA | 228.46 | 228.46 | 0.00 | 0.00 |
| ASSET ACCEPTANCE LLC | Unsecured | 574.00 | 455.21 | 455.21 | 0.00 | 0.00 |
| AT&T | Unsecured | NA | 620.26 | 620.26 | 0.00 | 0.00 |
| Athletico LTD | Unsecured | 75.00 | NA | NA | 0.00 | 0.00 |
| Capital Management Services, LP | Unsecured | 538.62 | NA | NA | 0.00 | 0.00 |
| CAVALRY PORTFOLIO SERVICES | Unsecured | NA | 379.51 | 379.51 | 0.00 | 0.00 |
| CBCS | Unsecured | 1,807.08 | NA | NA | 0.00 | 0.00 |
| CBE Group Inc. | Unsecured | 972.97 | NA | NA | 0.00 | 0.00 |
| Charles McCathy Jr. & Assoc | Unsecured | 1,681.71 | NA | NA | 0.00 | 0.00 |
| CHASE RECEIVABLES | Unsecured | 223.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 4,500.00 | 7,045.28 | 7,045.28 | 0.00 | 0.00 |
| ClearCheck Payment Solutions, LLC | Unsecured | 51.02 | NA | NA | 0.00 | 0.00 |
| Collection Prof Srvcs | Unsecured | 370.00 | NA | NA | 0.00 | 0.00 |
| COMMONWEALTH EDISON | Unsecured | 729.73 | 2,064.64 | 2,064.64 | 0.00 | 0.00 |
| CONTINENTAL FINANCE COMP | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CONTRACT CALLERS | Unsecured | 1,040.00 | NA | NA | 0.00 | 0.00 |
| Credit Protection | Unsecured | 890.00 | NA | NA | 0.00 | 0.00 |
| Credit Protection Associates | Unsecured | 426.00 | NA | NA | 0.00 | 0.00 |
| DEBT RECOVERY SOLUTION | Unsecured | 694.52 | 694.52 | 694.52 | 0.00 | 0.00 |
| ELITE ENTERPRISE SVCS | Unsecured | 413.00 | 400.00 | 400.00 | 0.00 | 0.00 |
| ELITE ENTERPRISE SVCS | Unsecured | NA | 6,381.18 | 6,381.18 | 0.00 | 0.00 |
| ENHANCED RECOVERY CO L | Unsecured | 604.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ENHANCED RECOVERY CO L | Unsecured | 600.77 | NA | NA | 0.00 | 0.00 |
| Evanston Northwestern Healthcare | Unsecured | 1,950.00 | NA | NA | 0.00 | 0.00 |
| Evanston Northwestern Healthcare | Unsecured | 2,584.00 | NA | NA | 0.00 | 0.00 |
| Evanston NW Healthcare | Unsecured | 259.00 | NA | NA | 0.00 | 0.00 |
| FIRST BANK OF DELAWARE | Unsecured | 670.00 | NA | NA | 0.00 | 0.00 |
| FMS INC | Unsecured | 3,817.58 | NA | NA | 0.00 | 0.00 |
| GRANT & WEBER | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| GRANT & WEBER | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| HARRIS & HARRIS | Unsecured | 2,530.00 | NA | NA | 0.00 | 0.00 |
| HARRIS & HARRIS | Unsecured | 1,500.00 | NA | NA | 0.00 | 0.00 |
| HSBC BANK USA NA | Unsecured | 168.39 | NA | NA | 0.00 | 0.00 |
| I.C. System Inc | Unsecured | 926.00 | NA | NA | 0.00 | 0.00 |
| I.C. System Inc. | Unsecured | 1,497.00 | NA | NA | 0.00 | 0.00 |
| I.C. System Inc. | Unsecured | 625.00 | NA | NA | 0.00 | 0.00 |
| IL DEPT OF EMPL0YMENT SECURITY | Unsecured | 15,000.00 | 22,176.00 | 22,176.00 | 0.00 | 0.00 |
| ILLINOIS COLLECTION SVC | Unsecured | 241.00 | NA | NA | 0.00 | 0.00 |
| Illinois Ortho & Hand | Unsecured | 90.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | NA | 6,183.34 | 6,183.34 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 3,560.00 | 16,005.00 | 16,005.00 | 10,250.63 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Secured | 31,260.00 | 25,225.11 | 25,225.11 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Unsecured | 175.00 | 175.00 | 175.00 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Unsecured | NA | 470.19 | 470.19 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Unsecured | NA | 313.75 | 313.75 | 0.00 | 0.00 |
| JTL Inc. | Unsecured | 897.00 | NA | NA | 0.00 | 0.00 |
| KAHUNA PAYMENT SOLUTIONS | Secured | NA | 1,681.71 | 1,681.71 | 0.00 | 0.00 |
| KAHUNA PAYMENT SOLUTIONS | Unsecured | NA | NA | 1,681.71 | 0.00 | 0.00 |
| Kimball Medical Center | Unsecured | 279.24 | NA | NA | 0.00 | 0.00 |
| Leading Edge Recovery Solutions | Unsecured | 3,244.70 | NA | NA | 0.00 | 0.00 |
| LIGHTHOUSE FINANCIAL GROUP | Unsecured | 942.96 | 942.96 | 942.96 | 0.00 | 0.00 |
| LINEBARGER GOGAN BLAIR & SAMI | Unsecured | 2,562.40 | NA | NA | 0.00 | 0.00 |
| LVNV FUNDING | Unsecured | 454.00 | 485.43 | 485.43 | 0.00 | 0.00 |
| MEDICAL RECOVERY SPECIALISTS | Unsecured | 129.00 | NA | NA | 0.00 | 0.00 |
| MEDICAL RECOVERY SPECIALISTS | Unsecured | 129.00 | NA | NA | 0.00 | 0.00 |
| Mercantile Adjustment | Unsecured | 1,129.13 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CREDIT GUIDE CO | Unsecured | 12,457.15 | NA | NA | 0.00 | 0.00 |
| MERCY HOSPITAL & MEDICAL CENT | Unsecured | 869.03 | NA | NA | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT | Unsecured | 796.39 | NA | NA | 0.00 | 0.00 |
| Midland Funding | Unsecured | 828.00 | NA | NA | 0.00 | 0.00 |
| MILLENIUM CREDIT CONSULTANTS | Unsecured | 493.00 | NA | NA | 0.00 | 0.00 |
| Mira Med Medical Group | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| MOMA FUNDING LLC | Unsecured | NA | 510.00 | 510.00 | 0.00 | 0.00 |
| MOMA FUNDING LLC | Unsecured | NA | 826.02 | 826.02 | 0.00 | 0.00 |
| Monarch Recovery Management | Unsecured | 3,413.04 | NA | NA | 0.00 | 0.00 |
| NATIONAL CREDIT ADJUSTERS | Unsecured | 370.00 | NA | NA | 0.00 | 0.00 |
| NATIONAL WIDE CREDIT CORP | Unsecured | 2,151.24 | NA | NA | 0.00 | 0.00 |
| NATIONWIDE CREDIT & COLLECTIO | Unsecured | 538.62 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS | Unsecured | 2,151.24 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS | Unsecured | 625.66 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS | Unsecured | 759.23 | NA | NA | 0.00 | 0.00 |
| NES | Unsecured | 2,949.04 | NA | NA | 0.00 | 0.00 |
| Northeast Legal Group | Unsecured | 2,949.04 | NA | NA | 0.00 | 0.00 |
| NORTHERN RESOLUTION | Unsecured | 510.00 | NA | NA | 0.00 | 0.00 |
| Northshore University HealthSystem | Unsecured | 259.00 | NA | NA | 0.00 | 0.00 |
| Northshore University Healthsystem | Unsecured | 401.00 | NA | NA | 0.00 | 0.00 |
| NORTHWEST COLLECTORS | Unsecured | 116.00 | NA | NA | 0.00 | 0.00 |
| PAYDAY ONE | Unsecured | 313.75 | NA | NA | 0.00 | 0.00 |
| Pentagroup Financial LLC | Unsecured | 7,208.18 | NA | NA | 0.00 | 0.00 |
| Pentagroup Financial LLC | Unsecured | 1,094.85 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 575.00 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 887.63 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| RCS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Redline Recovery | Unsecured | 538.62 | NA | NA | 0.00 | 0.00 |
| RJM AQUISITIONS FUNDING | Unsecured | 856.19 | 856.19 | 856.19 | 0.00 | 0.00 |
| ST IL TOLLWAY AUTHORITY | Unsecured | 83.20 | NA | NA | 0.00 | 0.00 |
| Swedish Covenant Hospital | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| UNITED RECOVERY SYSTEMS | Unsecured | 1,765.19 | NA | NA | 0.00 | 0.00 |
| Vishnu Giaha M.D. | Unsecured | 1,243.00 | NA | NA | 0.00 | 0.00 |
| West Asset Management | Unsecured | 1,563.45 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $25,225.11 | $0.00 | $0.00 |
| All Other Secured | $1,681.71 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$26,906.82** | **$0.00** | **$0.00** |
| | | | |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $16,005.00 | $10,250.63 | $0.00 |
| **TOTAL PRIORITY**: | **$16,005.00** | **$10,250.63** | **$0.00** |
| | | | |
| **GENERAL UNSECURED PAYMENTS**: | **$57,445.60** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $4,094.50 |
| Disbursements to Creditors | $10,250.63 |
| **TOTAL DISBURSEMENTS** : | **$14,345.13** |

**UST Form 101-13-FR-S (09/01/2009)**

12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 10/04/2016                         By: /s/ Tom Vaughn
                                                    Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**